# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): _____

2. Case Caption (Short Title): _____

3. Argument is scheduled for _____ on _____ and will be held:

   ☐ Live (In Person)　　　　☐ by Video　　　　☐ by Telephone

   Telephone number by which counsel can be reached on the day of Telephone
   argument, if applicable: _____

4. I, _____, will be presenting argument on behalf of:

   ☐ Appellant / Petitioner　　☐ Amicus Curiae　　☐ Other (please specify below):

   ☐ Appellee / Respondent　　☐ Intervenor　　　　_____

   If you are substituting for an attorney who had previously filed an argument acknowledgment,
   please indicate the name of the attorney: _____

5. Party Name(s):

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _____    B. Total number of minutes to be shared: _____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____    D. Your assigned minutes: _____

   **If you have not previously registered as an ECF filer and
   filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

   ---

   **CERTIFICATE OF SERVICE**

   I certify that on _____ the foregoing document was served on all parties or their
   counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and
   correct copy in the United States mail, postage prepaid, to their address of record.

   s/ _____

*Click here to see a completed example of this form.*